UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                            Case No. 4:23−cr−20372−FKB−CI
                                               Hon. F. Kay Behm

Willie Lee Sanders, Jr,

           Defendant,

_____/

**ORDER REVOKING BOND**

    For the reasons stated on the record at a hearing on 2/23/2024, the bond for Defendant Willie Lee Sanders, Jr is hereby REVOKED and the defendant is REMANDED to the custody of the United States Marshal.

                                                  s/F. Kay Behm
                                                  F. Kay Behm
                                                  U.S. District Judge

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                 s/T. Hallwood
                                                 Acting in the absence of Kristen MacKay

Dated:   February 23, 2024